UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-24278-KMW

ARBORBRACE STAKING SYSTEMS,
INC., a Florida corporation,

    Plaintiff,

vs.

TREE STAKE SOLUTIONS, LLC, a
Texas limited liability company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Arborbrace Staking Systems, Inc., by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(i), hereby files this notice of voluntary dismissal of this action with prejudice. Each party agrees to bear its own attorney's fees and costs.

                                                  Respectfully submitted,

Dated: February 13, 2015                     By: s/Meredith Frank Mendez
      Miami, Florida                            John Cyril Malloy, III
                                                  Florida Bar No. 964,220
                                                  Meredith Frank Mendez
                                                  Florida Bar No. 502,235
                                                  mmendez@malloylaw.com
                                                  MALLOY & MALLOY, P.L.
                                                  2800 S.W. Third Avenue
                                                  Miami, Florida  33129
                                                  Telephone (305) 858-8000
                                                  Facsimile (305) 858-0008

                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                        <u>s/ Meredith Frank Mendez</u>
                                                         Meredith Frank Mendez